IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEMARCUS KENARD JOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:16-CV-2963-K |
| | § | |
| LORIE DAVIS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

The Court construes and considers Plaintiff's Motions and documents filed on December 19, 2016 (Doc. No. 14), December 19, 2016 (Doc. No. 15), December 21, 2016 (Doc. No. 16), December 28, 2016 (Doc. No. 17), December 28, 2016 (Doc. No. 18), December 29, 2016 (Doc. No. 19), and January 5, 2017 (Doc. No. 20), as Objections to the Findings, Conclusions and Recommendation of the Magistrate Judge.

Any objection is hereby OVERRULED and the Motions are DENIED.

**SO ORDERED.**

Signed January 12th, 2017.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE